**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ANDREW RICHARDSON,                    )
                                      )
                    Petitioner,       )
                                      )   Civil Action No. 09-118 Erie
          v.                          )
                                      )
MICHAEL BARONE, et al.,               )
                                      )
                    Respondents.      )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on May 18, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [9], filed on June 25, 2009, recommends that the Petitioner's application for leave to proceed *in forma pauperis* [3] be denied.  The parties were allowed ten (10) days from the date of service in which to file objections.  Service was made on Petitioner by certified mail at SCI Forest, where he is incarcerated.  Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation.  After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of July, 2009;

IT IS ORDERED that the Petitioner's application [3] for leave to proceed *in forma pauperis* be, and hereby is, DENIED.  The Report and Recommendation of Magistrate Judge Baxter, filed on June 25, 2009 [9] is adopted as the opinion of the Court.

                                   s/   Sean J. McLaughlin
                                   SEAN J. McLAUGHLIN
                                   United States District Judge

cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge